# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In re:* Subpoena Duces Tecum to Verizon Wireless | Misc. Case No. 19-0100 (KBJ) |

## ORDER REGARDING POTENTIAL TRANSFER OF THIS SUBPOENA DISPUTE

Federal Rule of Civil Procedure 45 dictates the appropriate venue for the issuance of a subpoena to produce materials or to permit inspection in a civil case, *see* Fed. R. Civ. P. 45(a)(2) (explaining that such a subpoena "must issue from the court where the action is pending"), as well as for the litigation of objections thereto, *see id.* at 45(d)(2)(B)(i) ("[The] serving party may move the court for the district where compliance is required for an order compelling production or inspection."). However, with respect to objections to a properly issued subpoena, Rule 45(f) permits the court where compliance is required to transfer a subpoena-related motion to the court that issued the subpoena "if the person subject to the subpoena consents or if the court finds exceptional circumstances." *Id.* at 45(f).

The instant Court has received a motion to quash filed by petitioner Joseph Ghattas concerning a subpoena issued to a third party (Verizon Wireless), in connection with *Hispanic National Law Enforcement Association NCR, et al. v. Prince George's County Maryland, et al.*, No. 8:18-cv-03821 (TDC) (D. Md.). Consistent with Rule 45(f), this Court will order Petitioner to file a notice information this Court whether he consents to transfer of this subpoena dispute to the court that issued the subpoena (i.e., the United States District Court for the District of Maryland).

Therefore, it is hereby

**ORDERED** that, on or before June 21, 2019, Petitioner shall file a notice regarding whether he consents to the transfer of this matter to the United States District Court for the District of Maryland.

DATE:  June 12, 2019              *Ketanji Brown Jackson*
                                  KETANJI BROWN JACKSON
                                  United States District Judge